# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-cr-0156-RLH-RJJ |
| vs. | ) | **ORDER** |
| RAFAEL ROLON RAMOS, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#30, filed January 23, 2009), entered by the Honorable Robert J. Johnston regarding Defendant's Motion to Dismiss Indictment Based on Prior Unlawful Deportation (#18). No objection was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#30, entered January 23, 2009) is ACCEPTED and ADOPTED, and Defendant's Motion to Dismiss Indictment Based on Prior Unlawful Deportation (#18) is DENIED.

Dated: February 17, 2009

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**